**FILED**
April 16, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MILTON K. WARREN, ) <br> ) <br> Defendant. ) | Case No. 2:10MJ00106-GGH <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   MILTON K. WARREN  , Case No. 2:10MJ00106-GGH  , Charge __ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $__

__   Unsecured Appearance Bond

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

__   (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA   on  April 16, 2010   at  2:14 pm  .


By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court

1878069



AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
V.
WARREN, MILTON K

**WARRANT FOR ARREST**

Case Number: CR10-5081

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  WARREN, MILTON K
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☒ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
DUI/ALCOHOL OR DRUGS

in violation of Title  18  United States Code, Section(s)  7 and 13

Sandra E. Claggett
Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

March 30, 2010 at Tacoma, Washington
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

10-CR-05081-INFO



Magistrate Judge
FILED _____ LODGED
_____ RECEIVED
FEB 05 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) CR10- 5081 |
|---|---|
| Plaintiff, | ) |
| | ) INFORMATION |
| v. | ) (Misdemeanor) |
| | ) |
| MILTON K. WARREN | ) |
| Defendant | ) |

The United States Attorney charges that:

## COUNT

On or about 1 September 2009, at McChord Air Force Base, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, Milton K. Warren, did drive a motor vehicle while under the influence of and affected by the use of intoxicating liquor or drugs.

Information: Milton K. Warren
Page 1

Office of the Staff Judge Advocate
100 Joe Jackson Blvd, Ste 3031
Joint Base Lewis-McChord WA 98438-1109
(253) 982-6596
FAX (253) 982-3331



1  All in violation of Title 18, United States Code, Sections 7 and 13, and Revised Code of
2  Washington 46.61.502.
3
4  DATED this 5th day of February, 2010.
5
6
7  JENNY A. DURKAN
   United States Attorney
8
9
10 JUSTIN P. LONERGAN
11 Special Assistant U.S. Attorney

Information: Milton K. Warren
Page 2

Office of the Staff Judge Advocate
100 Joe Jackson Blvd. Ste 3031
Joint Base Lewis-McChord WA 98433-1109
(253) 982-6596
FAX (253) 982-3331

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 1, 20 09 while exercising my duties as a Law enforcement officer in the _Western_ District of _Washington_

On 1 September 2009, I SrA BARNARD/Police-3 was dispatched to assist with SFSTs on a possible DUI at the Shoppette. The operator of the vehicle was identified as WARREN, Milton K w/a AZ DL # D03863589I. I conducted SFSTs on WARREN to determine if he was intoxicated. During the Horizontal Gaze Nystagamis test WARREN exhibited a lack of smooth pursuit of the stimulus and then failed to keep his head still while tracking. After four separate times instructing WARREN to keep his head still I terminated the test due to his failure to follow simple instructions. During the Walk and Turn test WARREN stated he had impairments from past injuries that could inhibit the test but would perform anyway. WARREN's past injuries did affect his performance, but again exhibited a failure to follow simple instructions. For safety reasons no more SFST's were conducted. The Portable Breath Test WARREN consented to blow showed a BAC of 0.175. WARREN was advised of his rights IAW the 5th Amendment of the US Constitution and the Washington State Implied Consent Law. WARREN agreed to provide breath samples. Two valid breath samples were acquired at .198 and .196 BrAC. WARREN was issued one DD Form 1805, US District Court Violation Notice (#R3075482) RCW 46.61.502/Driving Under the Influence of an Intoxicating Liquor or Drug.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of the violation notice is true and correct to the best of my knowledge.

Executed on: 04/01/2009
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   US Magistrate Judge
CVB Scan 12/22/2009  11:56:42

---

**United States District Court**
**Violation Notice**

Violation Number: R 3075482
Location Code: WW14
Officer Name: Barnard, I.E.
Officer No: 83890

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
Date and Time of Offense: 09/04/2009 5:30 PM
Offense Charged: RCW 46.61.502
Place of Offense: Parking Lot, Shoppette
Offense Description: Driving under the influence of liquor and/or drugs

**DEFENDANT INFORMATION**
Last Name: Warren   First Name: Milton   MI: K
Street Address: 1591 Lown Linda Ln
City: Seligman   State: AZ   Zip: 56332
Phone: 928-897-1897
DL No: D0386359I   DL State: AZ
Date of Birth: 01/09/1942
Social Security: 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
Sex: Male   Eyes: Grn   Hair: Blk   Height: 6'01   Weight: 180

**VEHICLE DESCRIPTION**
VIN: IFTEEISNIMKA2ed55
Tag No: AOX2574   State: AZ   Year: 91   Make: Ford   Model: Ranger   Color: Blue

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

PAY THIS AMOUNT → $ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

YOUR COURT DATE:
Court Address: US Courthouse 1717 Pacific Ave Tacoma, WA 98482
Date: 820-827-2932

X Defendant Signature

ATTEST: BRUCE RIFKIN, Clerk, U.S. District Court Western District of Washington By _____ Deputy Clerk  CERTIFIED TRUE COPY

R 3075482

10-CR-05081-MISC

U.S. MARSHAL SERVICE   Fax:9189302050   Apr 16 2010 10:32am   P004/004