DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MILTON WARREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:10-mj-00106-GGH |
|---|---|
| | )     2:97-mj-00204-JFM |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER;** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| MILTON WARREN, | ) |
| | ) Date: May 21, 2010 |
| | ) Time: 2:00 pm. |
| Defendant. | ) Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and LAUREN CUSICK, attorney for MILTON WARREN, that the status conference hearing date of May 7, 2010 at 2:00 PM before Magistrate Judge Kendall J. Newman be vacated, and the matter be set for status conference on May 21, 2010 at 2:00 PM before Magistrate Judge Edmund F. Brennan.  The reason for this continuance is the defense counsel is out of the area and will be unavailable to attend the court hearing on May 7, 2010.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 21, 2010 pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.

DATED: May 6, 2010.                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Public Defender


                                       /s/ Lauren Cusick
                                       LAUREN CUSICK
                                       Assistant Federal Defender
                                       Attorney for MILTON WARREN


DATED: May 6, 2010.                    BENJAMIN WAGNER
                                       United States Attorney


                                       /s/ Lauren Cusick for
                                       MATTHEW STEGMAN
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 7, 2010, status conference hearing before Magistrate Judge Kendall J. Newman be continued to May 21, 2010, at 2:00 PM before Magistrate Judge Edmund F. Brennan.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the May 21, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  May 6, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE